**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRADLEY SULLIVAN,

Plaintiff,

vs.  CASE NO.: 3:17-cv-01387-TJC-PDB

NATIONAL GENERAL INSURANCE ONLINE,
INC.,

Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

THIS CAUSE, having been amicably settled between the parties hereto, the above styled action is hereby dismissed with prejudice by Plaintiff against Defendant, with Plaintiff and Defendant to each bear their own attorney's fees and costs.

ST. DENIS & DAVEY, P.A.

_____
**BRIAN W. DAVEY, ESQUIRE**
Florida Bar Number 0152366
brian@sdtriallaw.com
1300 Riverplace Boulevard, Suite 401
Jacksonville, FL 32207
(904) 396 - 1996 – Telephone
(904) 396 - 1991 – Facsimile
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of November, 2018, I sent via email the foregoing to Adam C. Shelton, Esq., service-ashelton@sheltonmckean.com and Kendall Pfeifer, Esq., service-kpfeifer@sheltonmckean.com, SHELTON MCKEAN, P.A., 9700 9TH St. No., Suite 400, St. Petersburg, FL 33701, *Attorneys for Defendant*.