# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

BRADLEY SULLIVAN,

    Plaintiff,

v.                                   Case No.   3:17-cv-1387-J-32PDB

NATIONAL GENERAL
INSURANCE ONLINE, INC,

    Defendant.

_____

## **O R D E R**

Upon review of Joint Stipulation for Voluntary Dismissal With Prejudice (Doc. 56), filed on November 15, 2018, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of November, 2018.

                                                                  TIMOTHY J. CORRIGAN
                                                                United States District Judge

sj

Copies:

Counsel of record